MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    Email: Michael.Marriott@ssa.gov
Attorneys for Defendant


DAVID F. CHERMOL
CHERMOL & FISHMAN, LLC
    11450 Bustleton Avenue
    Philadelphia, PA 19116
    215-464-7200
    Fax: 215-464-7224
    Email: dave@ssihelp.us
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BEVERLY ANN BROWN, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 1:17-cv-01457-EPG <br><br> **STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

1      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Beverly Ann Brown be awarded attorney fees and expenses in the amount of Eight Thousand, Four Hundred Dollars ($8,400) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of Six Hundred Twenty Five Dollars ($625) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

     After the Court issues an order for EAJA fees to Beverly Ann Brown, the government will consider the matter of Beverly Ann Brown's assignment of EAJA fees to David F. Chermol. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

     Fees shall be made payable to Beverly Ann Brown, but if the Department of the Treasury determines that Beverly Ann Brown does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to David F. Chermol, pursuant to the assignment executed by Beverly Ann Brown. Any payments made shall be delivered to David F. Chermol.

     This stipulation constitutes a compromise settlement of Beverly Ann Brown's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Beverly Ann Brown and/or David F. Chermol including Chermol & Fishman may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of David F. Chermol and/or Chermol & Fishman to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: *February 26, 2019*　　　　CHERMOL & FISHMAN, LLC

By: */s/ David F. Chermol\**
DAVID F. CHERMOL
*\* By email authorization on February 25, 2019*
Attorney for Plaintiff.

Dated: *February 26, 2019*　　　　MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff be awarded attorney fees and expenses in the amount of Eight Thousand, Four Hundred Dollars ($8,400.00) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of Six Hundred Twenty-Five Dollars ($625.00) under 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated: **February 26, 2019**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE